**E-filed 9/28/06**

Richard Levin (CA State Bar No. 66578)
Kurt Ramlo (CA State Bar No. 166856)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for Appellee-Plaintiff-Reorganized Debtor
ZiLOG, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| In re<br><br>ZiLOG, INC., *and*<br>ZiLOG-MOD III, INC.,<br><br>Reorganized Debtors. | Case No. CV-03-2704-JF<br><br>[Bankr. Case No. 02-51143-MM]<br>[Chapter 11]<br>[(Jointly Administered)] |
| ZiLOG, INC.<br><br>Appellee-Plaintiff,<br><br>-against-<br><br>ROSE MARIE CORNING, SELENA ROBERT, MARGIE CLEVERDON,<br><br>Appellants-Defendants. | [Adv. Case No. 02-5286]<br><br>**Stipulation of Dismissal** |

This Stipulation is made between and among Appellee-Plaintiff and Reorganized Debtor, ZiLOG, Inc., and Appellants-Defendants, Rose Marie Corning, Selena Robert, and Margie Cleverdon, through their respective counsel, as follows:

Recitals

ZiLOG filed its chapter 11 petition on February 28, 2002. On May 6, 2002, the Bankruptcy Court entered an order confirming ZiLOG's plan of reorganization. That order has become final. The plan of reorganization became effective on May 13, 2002. The plan of reorganization provides in section 5.6 that ZiLOG may compromise any claim without Bankruptcy Court approval.

1

1 | WHEREFORE, the parties agree and stipulation as follows:

2 | <u>Stipulation</u>

3 | IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their
4 | undersigned counsel, that:

5 | 1. This appeal be dismissed with prejudice and discontinued in its entirety without costs or
6 | attorneys' fees to any party as against any other party.

7 | 2. That an order in the form attached as Exhibit A be entered based on this Stipulation.

8 | Dated: September __, 2006

9 | Skadden, Arps, Slate, Meagher & Flom LLP         Rossman Law Group PLLC

10 | By:  */s/ Kurt Ramlo*                           By:  */s/ Eric S. Rossman*
         Kurt Ramlo                              Eric S. Rossman

11 |
12 | 300 South Grand Avenue, Suite 3400              737 North 7th Street
     Los Angeles, California 90071                   Boise, ID 83702
13 | (213) 687-5000                                  (208) 331-2030

14 | Attorneys for Appellee                          Attorneys for Appellants

**Exhibit A**

Richard Levin (CA State Bar No. 66578)
Kurt Ramlo (CA State Bar No. 166856)
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California  90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

Attorneys for Appellee-Plaintiff-Reorganized Debtor
ZiLOG, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| In re<br><br>ZiLOG, INC., *and*<br>ZiLOG-MOD III, INC.,<br><br>Reorganized Debtors. | Case No. CV -03-2704-JF<br><br>[Bankr. Case No. 02-51143-MM]<br>[Chapter 11]<br>[(Jointly Administered)] |
| ZiLOG, INC.<br><br>Appellee-Plaintiff,<br><br>-against-<br><br>ROSE MARIE CORNING, SELENA ROBERT, MARGIE CLEVERDON,<br><br>Appellants-Defendants. | [Adv. Case No. 02-5286]<br><br>**Order of Dismissal** |

  Based on the Stipulation between and among the parties previously filed with the Court, and good cause therefor, it is ordered that:

  1. The Stipulation is approved.

  2. This appeal is dismissed with prejudice and discontinued in its entirety without costs or attorneys' fees to any party as against any other party.

9/28/06  IT IS SO ORDERED.     ** End of Order **

*[signature]*

1

445278.01-Los Angeles Server 2A - MSW

Order of Dismissal

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On September 26, 2006, I served the foregoing document described as:

**Stipulation of Dismissal**

on interested parties in said action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Eric S. Rossman | Ruth Elin Auerbach |
| Erica S. Phillips | Attorney at Law |
| Rossman Law Group, PLLC | 711 Van Ness Avenue, Suite 440 |
| 737 N. 7th Street | San Francisco, CA 94104 |
| Boise, ID 83702 | |

Kevin Epstein, Esq.
Office of the United States Trustee, Region 17
United States Department of Justice
280 South First Street, Room 268
San Jose, CA 95113

☒ (BY MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 26, 2006 at Los Angeles, California.

*/s/ Andy Shah*
Andy Shah

423143.01-Los Angeles S1A